| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| 2 | Attorney at Law |
|   | 7636N. Ingram Ave., #104 |
| 3 | Fresno, California 93720 |
|   | Telephone: (559) 449-9069 |
| 4 | Facsimile: (559) 513-8530 |
| 5 | Attorney for Defendant, CRAIG MILLER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00193-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE TO JULY 18, 2019; ORDER THEREON** |
| v. | |
| CRAIG MILLER, | **Date:** July 18, 2019 |
|   | **Time:** 10:00 AM |
| Defendant. | **Judge:** Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the Defendant, CRAIG MILLER, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JEFFREY A. SPIVAK, that the Status Conference in the above-captioned matter currently scheduled for June

///
///
///
///
///
///
///

1

27, 2019, at 10:00 a.m. be continued until July 18, 2019, at 10:00 a.m. The government has no objection.

Defendant Craig Miller will be in the middle of a Mandatory Settlement Conference on a separate matter (civil) in Southern California on the original date of this status conference. Mr. Miller continues to attend AA Meetings regularly, is currently enrolled in a nine month DUI program, has voluntarily installed an ignition interlock into his vehicle and has been sober since the date of the incident.

Dated: June 7, 2019            /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                CRAIG MILLER

Dated: June 7, 2019            /s/ Jeffrey A. Spivak
                                JEFFREY A. SPIVAK
                                Assistant United States Attorney
                                Eastern District of California

# ORDER

GOOD CAUSE APPEARING, the above request to continue the status conference hearing in Case No. 1:18-mj-00193-SAB to July 18, 2019, is hereby accepted and adopted as the order of this Court. The defendant is ordered to appear on July 18, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated:  **June 7, 2019**

UNITED STATES MAGISTRATE JUDGE