# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>CRAIG MILLER,<br><br>　　　　　Defendant. | Case No. 1:18-mj-00193-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　　36 C.F.R. § 4.23(a)(2)

**Sentence Date:**　　　July 18, 2019

**Review Hearing Date:** June 25, 2020

**Probation Expires On:** July 17, 2020

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　　**Obey all federal, state and local laws**; and

☒　　　**Monetary Fines & Penalties in Total Amount of:** $1,210.00 which Total Amount is made up of a Fine: $ 1,200.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☒　　　Payment schedule of $ 110.00 per month by the 15th of each month.

☐　　　**Community Service hours Imposed of:**

☒　　　**Other Conditions:** Complete the First Time DUI Offender Program through the California Department of Motor Vehicles by 06/01/20, Attend AA classes twice each month and file sworn proof of attendance to the Court and Government Officer. **\* Due to COVID-19, Mr. Miller has not been able to attend AA classes in person because of social distancing. Mr. Miller successfully attended 2** *online* **AA classes for the month of April that are not shown on his attached AA Attendance Sheet as no signatures were possible.**

### *COMPLIANCE:*

☒　　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　　　**Otherwise:**

☐　　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐　　　To date, Defendant has paid a total of $
　　　　☐ If not paid in full when was last time payment:　　　Date:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐        To date, Defendant has performed _____ hours of community service.

☐        Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒        The Government agrees to the above-described compliance.

☐        The Government disagrees with the following area(s) of compliance:

Government Attorney: Philip Tankovich

DATED:        5/28/2020            /s/ *Philip Tankovich*
                                   PHILIP TANKOVICH
                                   Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 6/25/2020 at 10:00 am

        ☒        be vacated.

☒        that probation be terminated.

DATED: 5/28/2020                    /s/ *Carol Ann Moses*
                                   CAROL ANN MOSES
                                   Attorney for Defendant
                                   CRAIG MILLER

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED. The Court orders that the Review Hearing be vacated.

☐        DENIED.

IT IS SO ORDERED.

Dated:   **June 19, 2020**                    _____
                                              UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)